# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NEIL W. WILLIAMS,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 20-215-CG-MU |
| **OUTOKUMPU STAINLESS USA, LLC,** | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the Court's order entered this date granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **OUTOKUMPU STAINLESS USA, LLC,** and against Plaintiff, **NEIL W. WILLIAMS**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 15th day of October, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE